McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Cheryl A Grames
Nevada Bar No. 12752
  cheryl.grames@mccormickbarstow.com
Henry H. Kim
Nevada Bar No. 14390
  henry.kim@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

*Attorneys for Defendant, GEICO CASUALTY COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IMANI L. DIXON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, a Foreign Corporation; DOES 1 through 10; and ROE CORPORATIONS 11 through 20;<br><br>Defendants. | Case No. 2:23-cv-00499-CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiff IMANI L. DIXON and Defendant GEICO CASUALTY COMPANY, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

///

///

///

///

///

///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:23-cv-00499-CDS-EJY

STIPULATION TO DISMISS WITH PREJUDICE

Re: <u>Dixon v. GEICO</u>
Case No. 2:23-cv-00499-CDS-EJY

Each party will bear their own costs and attorneys' fees.

Dated: April 20, 2023

DOBBERSTEIN LAW GROUP

By: _____
Eric Dobberstein
Nevada Bar No. 3712
9480 S. Eastern Ave., Ste. 225
Las Vegas, NV 89123
702-430-8900
*Attorney for Plaintiff Imani L. Dixon*

Dated: April 28, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
Henry H. Kim
Nevada Bar No. 14390
*Attorneys for Defendant GEICO Casualty Company*

## ORDER

**IT IS SO ORDERED.** The Clerk of Court is directed to close this case.

DATED this 1st day of May, 2023.

_____
Cristina D. Silva
United States District Judge

9056640.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2

Case No. 2:23-cv-00499-CDS-EJY
STIPULATION TO DISMISS WITH PREJUDICE